UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern Lavinthal & Frankenberg LLC
By: Maria Cozzini, Esq.
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number: (973) 797-1100
Fax Number: (973) 228-2679
Email: mcozzini@sternlav.com
Attorney for Creditor,
   Trinity Financial Serices, LLC

In Re: John V. Carvalho Liliana F. Carvalho,

Debtors.

Case No.: 18-33493-CMG

Judge: Christine M. Gravelle, U.S.B.J.

Chapter: 11

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the attorney for the creditor, Trinity Financial Services, LLC in this matter. On November 22, 2019, a Loss Mitigation Order was entered concerning:

Property:   345 High Tor Drive, Watchung, NJ 07069

Creditor:   Trinity Financial Services, LLC

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on February 13, 2020.

For the reason(s) set forth below, the Creditor Trinity Financial Services, LLC hereby requests:

❑ An extension of the Loss Mitigation Period to_____.

☒ Early termination of the Loss Mitigation Period, effective immediately.

Set forth the applicant's reason(s) for the above request:

On August 5, 2019, Debtor filed a Notice of Request for Loss Mitigation. Order for Loss Mitigation was entered on August 20, 2019, with a termination date of November 18, 2019.

Subsequent Order for Loss Mitigation was entered on November 22, 2019. Pursuant to the Order, the loss mitigation period will expire on February 13, 2020.

Debtor rejected terms of loan modification approved by the Creditor, Trinity Financial Services, LLC. There is no reason to continue loss mitigation since the Creditor completed its review and the terms of the approved loan modification were rejected by the Debtor. The parties have exhausted all efforts for loss mitigation. Debtor's attorney states that a modified plan will be filed for the surrender of the Property. I am fully familiar with the offered loan modification terms and Debtor's rejection thereof.

Based upon the foregoing, Creditor Trinity Financial Services, LLC seeks to terminate loss mitigation immediately.

Dated:  12/18/2019                                              /s/ Maria  Cozzini, Esq.
                                                                  Applicant's signature

*Revised  9/19/13*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>By: Maria Cozzini, Esq.<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number: (973) 797-1100<br>Fax Number: (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorney for Creditor,<br>   Trinity Financial Serices, LLC | |
| In Re:  John V. Carvalho Liliana F. Carvalho<br><br>Debtors. | Case No.:  18-33493-CMG<br><br>Chapter:  13<br><br>Judge:  Christine M. Gravelle |

**ORDER RESPECTING REQUEST FOR EXTENSION
<u>OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD</u>**

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>August 20, 2019</u>:

Property:        <u>345 High Tor Drive, Watchung, NJ 07069</u>

Creditor:        <u>Trinity Financial Services, LLC</u>

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ☑ Early Termination of the Loss Mitigation Period having been filed by <u>Creditor Trinity Financial Services, LLC</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective_____.

*Revised 9/19/13*

2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Stern Lavinthal & Frankenberg LLC<br>    By: Maria Cozzini, Esq.<br>    105 Eisenhower Parkway, Suite 302<br>    Roseland, New Jersey 07068-0490<br>    Telephone Number: (973) 797-1100<br>    Fax Number: (973) 228-2679<br>    Email: mcozzini@sternlav.com<br>    Attorney for Creditor,<br>       Trinity Financial Serices, LLC<br><br>In Re: John V. Carvalho Liliana F. Carvalho, | Case No.:    18-33493-CMG<br><br>Chapter:    13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, <u>Jennifer Blanchard</u>:

    ☐ represent _____ in this matter.

    ☑ am the secretary/paralegal for <u>Stern, Lavinthal, & Frankenburg</u>, who represents <u>Trinity Financial Serices, LLC</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>December 24, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Application for Early Termination of Loss Mititgation.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   <u>December 24, 2019</u>                       <u>/s/   Jennifer Blanchard</u>
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John V. Carvalho<br>245 High Tor Drive<br>Watchung, NJ 07069<br><br>Liliana F. Carvalho<br>245 High Tor Drive<br>Watchung, NJ 07069 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carlos D Martinez<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Tpk<br>Wayne, NJ 07470 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Margaret Mcgee<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |