Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 18−33493−CMG
                                      Chapter: 11
                                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John V. Carvalho                                            Liliana F. Carvalho
   245 High Tor Drive                                     245 High Tor Drive
   Watchung, NJ 07069                                Watchung, NJ 07069

Social Security No.:
   xxx−xx−8721                                                xxx−xx−4764

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       2/4/20
Time:       02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Kotulak & Company, P.C., Accountant

COMMISSION OR FEES
Fees: $13,344.35

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 13, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-33493-CMG
John V. Carvalho                                                    Chapter 11
Liliana F. Carvalho
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 4                  Date Rcvd: Jan 13, 2020
                              Form ID: 137                 Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db/jdb         +John V. Carvalho,    Liliana F. Carvalho,    245 High Tor Drive,    Watchung, NJ 07069-5435
acc            +Kotulak & Company, P.C.,    1035 Route 46 East,    Clifton, NJ 07013-2430
cr             +Trinity Financial Services, LLC,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517894447      ++++ASSET ACCEPTANCE LLC,    LEONARD H FRANCO JR ESQ,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
                (address filed with court: Asset Acceptance LLC,     Leonard H Franco Jr Esq,
                 1037 Raymond Blvd 710,    Newark, NJ 07102)
518415620      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517894444      +American Express,    PO Box 981535,    El Paso, TX 79998-1535
518070190       American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518260125      +Angela Comisa,    8 Douglas Drive,    Holmdel, NJ 07733-2253
517894445      +Anthony Sanchez-Nunez,    Sander Budanitsky LLC,    520 West First Av,    Roselle, NJ 07203-1028
518415616       Archer Attorney At Law,    One Centennial Square,    33 East Euclid Avenue,
                 Haddonfield, NJ 08033
517894446      +Ashley Carvalho,    245 High Tor Drive,    Watchung, NJ 07069-5435
518555886       Atkinson & DeBartolo, P.C.,    P O Box 8415,    Red Bank, NJ 07701-8415
517894461      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,     PO Box 982235,    El Paso, TX 79998)
518415632      +Becket and Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
517894448      +Best Egg/SSt,    PO Box 3999,    St Joseph, MO 64503-0999
517894449      +Budd Built In Vacuum Cleaners,    445 West Main St,    Wyckoff, NJ 07481-1499
517894450      +Bureau of Accounts,    3601 Route 9 North,    Howell, NJ 07731-3395
517894451      +Camden County,    Office of the Sheriff,    520 Market St 200,    Camden, NJ 08102-1300
517894453      +Carlos F. Correia,    317 Manor Avenue,    Cranford, NJ 07016-2033
517894455      +Carnegie Mortgage LLC,    Archer & Greiner PC,    33 East Euclid Av,    Haddonfield, NJ 08033-2374
517894456      +Carnegie Mortgage LLC,    2297 Route 33,    Hamilton, NJ 08690-1717
518160381      +Carnegie Mortgage LLC,    Att: Jerrold Kulback,    1 Centeniial Square,
                 Haddonfield, NJ 08033-2454
517894458      +CitiMortgage Inc,    Rubin & Rothman LLC,    1787 Veterans Highway,    Islandia, NY 11749-1500
518415624      +Citibank SD, NA,    701 E. 60th Street North,    Sioux Falls, SD 57104-0493
518141629      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518446526       Citibank, N.A.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
517894457      +Citigroup Global Markets Realty Corp,    Americas Servicing Company,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
518415633      +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
517894460      +Dell Investments Limited Liability Co,    92 Bell Street,    Orange, NJ 07050-1511
517894464      +FV-1 Inc in Trust for Morgan Stanley,    Mortgage Capital Holdings LLC,
                 Specialized Loan Servicing LLC,    8742 Lucent Blvd #300,    Littleton, CO 80129-2386
517894463      +FV-1 in Trust for Morgan Stanley,    Mortgage Capital Holdings LLC,    4708 Mercantile Dr N,
                 Fort Worth, TX 76137-3605
517894462       Fidelity National Title Insurance Co,    602 Riverside Av,    Jacksonville, FL 32204
517894467      +Gateway Funding Diversified,    Mortgage Services LP,    Kenneth T. Ulrich Esq,
                 3564 Quakerbridge Rd,    Trenton, NJ 08619-1206
517894468       Gateway Funding Diversified,    Mortgage Services LP,    Kenneth T. Ulrich Esq,
                 3584 Quakerbridge Rd,    Trenton, NJ 08619
517894465      +Gateway Funding Diversified,    Mortgage Services LP,    300 Welsh Rd, Bldg 5,
                 Horsham, PA 19044-2250
517894469      +Grand Bank,    1 Corporate Dr 360,    Lake Zurich, IL 60047-8945
518260126      +Howard D. Lipstein, Esq.,    535 Morris Avenue,    Springfield, NJ 07081-1038
518144920      +JP MORGAN MORTGAGE ACQUISITION CORP.,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
517894472      +JPMorgan Mortgage Acquisition Corp,    383 Madison Av 8th Floor,    New York, NY 10179-0001
517894471      +JPMorgan Mortgage Acquisition Corp,    Chase Home Finance LLC,    3415 Vision Dr,
                 Columbus, OH 43219-6009
518415617      +Jerrold S. Kulback, Esquire,    Three Logan Square,    1717 Arch Street,    Suite 3500,
                 Philadelphia, PA 19103-2739
517894473      +Land Home Financial Services,    3611 South Harbor Blvd 100,    Santa Ana, CA 92704-7915
517894474      +Land Home Financial Services Inc,    PO Box 25164,    Santa Ana, CA 92799-5164
517894476      +Lexus Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
517894477       Lighthouse Mortgage Service Co Inc,    1 Fairway Plaza Suite 206,    Huntingdon Valley, PA 19006
517894478      +Lighthouse Mortgage Service Company Inc,    2600 Philmont Av 100,
                 Huntingdon Valley, PA 19006-5307
517894479      +Macy's/DSNB,    Department Stores National Bank,    PO Box 9001094,    Louisville, KY 40290-1094
517894480      +Mr. Cooper Home Loans,    Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
518415618      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NationStar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
517894481      +NJ Division of Taxation,    PO Box 1018,    Moorestown, NJ 08057-0018
518415619      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
517894483      +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
517894482      +PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
```

```
District/off: 0312-3          User: admin              Page 2 of 4                   Date Rcvd: Jan 13, 2020
                              Form ID: 137             Total Noticed: 93


517894485      +Rushmore Loan Management Services,    PO Box 55004,    Irvine, CA 92619-5004
517894484      +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
517894486      +Rushmore Loan Management Services LLC,     PO Box 514707,    Los Angeles, CA 90051-4707
518077916      +SST as servicing agent for Best Egg,    4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
518415625     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    50 Barrack Street, 9th floor,
                 PO Box 245,    Trenton, NJ 08695)
517894489      +Specialized Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
518415629      +Stephanie Carvahlo,    245 High Tor Drive,    Watchung, NJ 07069-5435
517936360      +Stephanie Carvalho,    245 High Tor Drive,    Watchung NJ 07069-5435
517894491      +Stuart Baron,    Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517894492      +Summit Medical Group,    Simon's Agency Inc,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517894493      +Summit Sweets LLC,    Clemente Mueller PA,    222 Ridgedale Av,    Cedar Knolls, NJ 07927-2110
518104379      +Summit Sweets, L.L.C.,    Maneri Law FIRM LLC,    30 Two Bridges Road,    Suite 260,
                 Fairfield, NJ 07004-1558
518415630      +Systems & Services,    Technologies/Best Egg,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
517894475     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Lexus Financial Services,    PO Box 371339,    Pittsburgh, PA 15250)
518341350      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518415615     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Hm Mortgage,    8480 Stagecoach Cir,
                 Frederick, MD  21701)
517894498      +Wells Fargo Bank,    PO Box 14529,    Des Moines, IA 50306-3529
517894499      +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
517894497      +Wells Fargo Bank,    PO Box 5169,    Sioux Falls, SD 57117-5169
517894496      +Wells Fargo Bank,    PO Box 29482,    Phoenix, AZ 85038-9482
518508269       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Jan 13 2020 23:53:29      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517967204       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:20      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518415622      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:20      Cach, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
517894452      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 00:00:07      Capital One Bank,
                 PO Box 6492,    Carol Stream, IL 60197-6492
518052406      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:22
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518415623      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:33      Capital One Bank, N.A,
                 c/o American InfoSource,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
517894459      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 00:01:36      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518143678       E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2020 23:53:53
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518040358      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:20      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518415627      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:01:43      PYOD, LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518522061       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:21
                 Resurgent Capital Services as servicing agent for,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517894487      +E-mail/Text: bkteam@selenefinance.com Jan 13 2020 23:53:17      Selene Finance,
                 CP-SRMOF II 2012-A Trust,    9990 Richmond Av 408 South,    Houston, TX 77042-4559
518415628      +E-mail/Text: clientservices@simonsagency.com Jan 13 2020 23:54:48      Simon's Agency, Inc,
                 Attn: Bankruptcy,    Po Box 5026,    Syracuse, NY 13220-5026
517894488      +E-mail/Text: clientservices@simonsagency.com Jan 13 2020 23:54:48      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518451487      +E-mail/Text: bankruptcy@trinityfs.com Jan 13 2020 23:54:30      Trinity Financial Services, LLC,
                 2618 San Miguel Drive, Suite 303,    Newport Beach, CA 92660-5437
518415631      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:33      Verizon,
                 c/o American InfoSource,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
518045091      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:01:55      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19
```

```
District/off: 0312-3           User: admin                  Page 3 of 4                  Date Rcvd: Jan 13, 2020
                               Form ID: 137                 Total Noticed: 93

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Land Home Financial Services, Inc.,    P.O. Box 25164,    Santa Ana, CA 92799-5164
518415621*     +Angela Comisa,    8 Douglas Drive,    Holmdel, NJ 07733-2253
517894454*     +Carlos F. Correia,    317 Manor Av,    Cranford, NJ 07016-2033
517894466*     +Gateway Funding Diversified,    Mortgage Services LP,    300 Welsh Rd, Bldg 5,
                 Horsham, PA 19044-2250
518415634*     +Howard D. Lipstein, Esq.,    535 Morris Avenue,    Springfield, NJ 07081-1038
517894470*     +Internal Revenue Service,    Special Procedures Bankruptcy Section,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517894490*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695)
518415626*     +Stuart Baron,    Pressler & Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517894494*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 17187,    Baltimore, MD 21297)
517894495*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    PO Box 17187,    Baltimore, MD 21297)
                                                                                               TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Carlos D Martinez    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Carlos D Martinez    on behalf of Debtor John V. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Joint Debtor Liliana F. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Debtor John V. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Accountant    Kotulak & Company, P.C. dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John J. Scura, III    on behalf of Joint Debtor Liliana F. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          John J. Scura, III    on behalf of Debtor John V. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
          Maria Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin                Page 4 of 4              Date Rcvd: Jan 13, 2020
                              Form ID: 137               Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 13