UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>John V. Carvalho<br>Liliana F. Carvalho | Case No.  ___18-33493-CMG___<br><br>Hearing Date:  ___3/3/20___<br><br>Judge:  ___Gravelle___ |

## ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 22, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by

_____Carlos D Martinez_____ as attorney(s) for the _____Debtors_____

and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Christine M. Gravelle_____ at the following time and place:

DATE AND TIME:    March 3. 2020 at 2:00 pm

COURTROOM:    3

PLACE:    USBC

402 East State Street

Trenton NJ  08608

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                          Case No. 18-33493-CMG
John V. Carvalho                                                Chapter 11
Liliana F. Carvalho
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 23, 2020
                              Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db/jdb        +John V. Carvalho,  Liliana F. Carvalho,  245 High Tor Drive,  Watchung, NJ 07069-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
          Bunce Atkinson   on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Carlos D Martinez   on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Carlos D Martinez   on behalf of Debtor John V. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens   on behalf of Joint Debtor Liliana F. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens   on behalf of Debtor John V. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens   on behalf of Accountant  Kotulak & Company, P.C. dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Denise E. Carlon   on behalf of Creditor  Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John J. Scura, III   on behalf of Debtor John V. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          John J. Scura, III   on behalf of Joint Debtor Liliana F. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Margaret Mcgee   on behalf of U.S. Trustee  U.S. Trustee maggie.mcgee@usdoj.gov
          Maria Cozzini   on behalf of Creditor  Trinity Financial Services, LLC mcozzini@sternlav.com
          Michael A. Artis   on behalf of U.S. Trustee  U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 13