UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq.

**Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN CARVALHO & LILIANA CARVALHO

Debtors.

| | |
|---|---|
| Case No.: | 18-33493 |
| Hearing Date: | 02/04/2020 @ 2PM |
| Judge: | CMG |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| KOTULAK & COMPANY, PA<br>Accountant | $13,344.35 | $0 |

*rev.8/1/15*