UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern Lavinthal & Frankenberg LLC
105 Eisenhower Parkway - Suite 302
Roseland, NJ  07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
**Trinity Financial Services, LLC**
By: Maria Cozzini, Esq.

**Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**John V. Carvalho**

**Liliana F. Carvalho**

Debtor(s)

Case No.: **18-33493-CMG**
Chapter:  **11**
Hearing Date:  February 11, 2020
Judge:   **Christine M. Gravelle**

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: March 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: John V. Carvalho  and Liliana F. Carvalho
Case No.: 18-33493-CMG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Trinity Financial Services, LLC, on behalf of itself and its successors

and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy

Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set

forth, and for cause shown,

ORDERED as follows:

1.   The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the

movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more

action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant

upon the following:

Land and premises commonly known as **245 High Tor Drive, Watchung, NJ  07069**

2.   The movant may join the debtor and any trustee appointed in this case as defendants

in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy

Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered

an appearance on the motion.

**201901527**

-14-

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33493-CMG
John V. Carvalho                                                          Chapter 11
Liliana F. Carvalho
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Mar 03, 2020
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb         +John V. Carvalho,    Liliana F. Carvalho,    245 High Tor Drive,    Watchung, NJ 07069-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Carlos D Martinez    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Carlos D Martinez    on behalf of Debtor John V. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
           m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Joint Debtor Liliana F. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Debtor John V. Carvalho dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          David L. Stevens    on behalf of Accountant   Kotulak & Company, P.C. dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John J. Scura, III    on behalf of Debtor John V. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          John J. Scura, III    on behalf of Joint Debtor Liliana F. Carvalho jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Margaret Mcgee    on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
          Maria Cozzini    on behalf of Creditor   Trinity Financial Services, LLC mcozzini@sternlav.com
          Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 13