**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
Carlos D. Martinez, Esq.

**Order Filed on March 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN V CARVALHO AND LILLIANA F. CARVALHO

Debtor.

| | |
|---|---|
| Case No.: | 18-33493 |
| Hearing Date: | 3/17/2020 |
| Judge: | CMG |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP. | $24,097.50 | $1,202.95 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
John V. Carvalho  
Liliana F. Carvalho  
    Debtors

Case No. 18-33493-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db/jdb      +John V. Carvalho,   Liliana F. Carvalho,   245 High Tor Drive,   Watchung, NJ 07069-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:

        Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com  
        Carlos D Martinez    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com, ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        Carlos D Martinez    on behalf of Debtor John V. Carvalho cmartinez@scura.com, ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        David L. Stevens    on behalf of Joint Debtor Liliana F. Carvalho dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        David L. Stevens    on behalf of Debtor John V. Carvalho dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        David L. Stevens    on behalf of Accountant   Kotulak & Company, P.C. dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John J. Scura, III    on behalf of Debtor John V. Carvalho jscura@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        John J. Scura, III    on behalf of Joint Debtor Liliana F. Carvalho jscura@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
        Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
        Maria  Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com  
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                      TOTAL: 13