UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,

Stevens & Cammarota, LLP

1599 Hamburg Turnpike

Wayne, New Jersey 07470

Carlos D. Martinez, Esq.

Counsel for Debtors

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 18-33493 |
|---|---|---|
| John Carvalho & Liliana Carvalho, | Chapter: | 11 |
| Debtors. | Judge: | CMG |

### ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The plan under chapter 11 of the Bankruptcy Code filed by _____ the Debtors _____,
on _____ 3/10/2020 _____ having been transmitted to creditors and equity security holders
together with a copy of the disclosure statement conditionally approved by court on
_____ 3/11/2020 _____; and

It having been determined after notice and a hearing that the requirements for final
approval of the disclosure statement have been satisfied, and it having been determined after a
hearing on notice that the requirements for confirmation of the plan under 11 U.S.C. § 1129 have
been satisfied; it is hereby

**ORDERED** that:

☑    The disclosure statement filed by _____ the Debtors _____
     on _____ 3/11/2020 _____ is finally approved, and

☑    The plan (or Plan including Disclosure Statement) filed by
     _____ the Debtors _____, on _____ 3/10/2020 _____,
     is confirmed.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-33493-CMG
John V. Carvalho                                                            Chapter 11
Liliana F. Carvalho
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: May 19, 2020
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db/jdb        +John V. Carvalho,    Liliana F. Carvalho,    245 High Tor Drive,    Watchung, NJ 07069-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Carlos D Martinez    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Carlos D Martinez    on behalf of Debtor John V. Carvalho cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              David L. Stevens    on behalf of Joint Debtor Liliana F. Carvalho dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Debtor John V. Carvalho dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Accountant    Kotulak & Company, P.C. dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor John V. Carvalho jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              John J. Scura, III    on behalf of Joint Debtor Liliana F. Carvalho jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Maria  Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 13