|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP.<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Carlos D. Martinez<br>Email: cmartinez@scura.com<br>*Counsel for Debtors* | **Order Filed on June 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>John Carvalho & Liliana Carvalho,<br><br><br>                              DEBTOR. | Case No. 18-33493 (CMG)<br><br>Chapter 11<br><br>Hon. Judge: Christine M. Gravelle<br><br>Hearing Date and Time: 06/23/2020 at 10:00 a.m.<br><br>*Oral Argument Not Requested Unless<br>Timely Obj. is Filed* |

**ORDER PURSUANT TO 11 U.S.C. § 350(A) AND F.R.B.P. 3022
ISSUING A FINAL ORDER CLOSING THE CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 24, 2020**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

(Page 2)
Debtor: John Carvalho & Liliana Carvalho
Case No.: 18-33493 (CMG)
Caption of Order: Order Pursuant to 11 U.S.C. § 350(A) and F.R.B.P. 3022 Closing Case.

Upon consideration of the John and Liliana Carvalho's (the "Debtor") Motion for an Order closing this Chapter 11 case, pursuant to 11 U.S.C. § 350(a) and F.R.B.P. 3022; and the Court having been satisfied that the Chapter 11 case has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code; and it appearing; and consideration of the Motion and the relief request therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and venue being proper before the Court pursuant to 28 U.S.C. §§1408 and 1409; and there being no objection thereto; it is hereby **ORDERED** as follows:

1. The Debtor's Motion is granted as provided herein;

2. A final decree shall be entered and the Chapter 11 case filed by John Carvalho and Liliana Carvalho is hereby closed;

3. All professional fees and expenses previously allowed on an interim basis in favor of the Debtor's counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., are hereby allowed on a final basis.

4. Within thirty days from the entry of this Order, the Debtor must file all required post-confirmation quarterly reports and make payment of any outstanding statutory fees pursuant to 28 U.S.C. 1930 through the date of this Order; the United States Trustee reserves all rights, including, but not limited to, seeking to reopen the case if fess have not been paid as required herein.