UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
Carlos D. Martinez, Esq.

**Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN V CARVALHO AND LILLIANA F.
CARVALHO

                    Debtors.

Case No.: _____18-33493_____

Hearing Date: __07/07/2020 @ 2:00 PM__

Judge: _____CMG_____

Chapter: _____11_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

........

**DATED: July 7, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP. | $10,112.50 | $676.80 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 18-33493-CMG
John V. Carvalho                                            Chapter 11
Liliana F. Carvalho
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 08, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db/jdb        +John V. Carvalho,    Liliana F. Carvalho,    245 High Tor Drive,    Watchung, NJ 07069-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
          Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Carlos D Martinez    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          Carlos D Martinez    on behalf of Debtor John V. Carvalho cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          David L. Stevens    on behalf of Joint Debtor Liliana F. Carvalho dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          David L. Stevens    on behalf of Debtor John V. Carvalho dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          David L. Stevens    on behalf of Accountant    Kotulak & Company, P.C. dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John J. Scura, III    on behalf of Debtor John V. Carvalho jscura@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          John J. Scura, III    on behalf of Joint Debtor Liliana F. Carvalho jscura@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
          Maria  Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                          TOTAL: 13