UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.,
Jeffrey M. Raymond, Esq., Kevin
DeLyon, Esq., Attorneys for
Angela Comisa, Tax Lien Holder

**Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN V. CARVALHO
LILIANA F. CARVALHO, DEBTOR(S)

Case No.: 18-33493 CMG

Adv. No.:

Hearing Date: 7/27/21 @ 10:00 A.M.

Judge: CHRISTINE M. GRAVELLE

CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED BY CONSENT:**.

**DATED: July 27, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: John V. Carvalho
        Liliana F. Carvalho, Debtor(s)
Case no.: 18-33493 CMG
Caption of order: Consent Order Vacating Automatic Stay

---

Upon the Motion of Angela Comisa, Tax Lien Holder, through her Counsel Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., appearing, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the
following:

Real Property more fully described as:
9 Myrtle Avenue, Jersey City, New Jersey -- the "Property".

Personal Property more fully described as: (Not Applicable)

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendant(s) in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
 1  Page 3
 2  Debtor: John V. Carvalho
 3          Liliana F. Carvalho, Debtor(s)
 4  Case no.: 18-33493 CMG
 5  Caption of order: Consent Order Vacating Automatic Stay
 6  _____
 7  I Consent to the Form
 8  and Entry of This Order
 9
10  /S/ HERBERT B. RAYMOND, ESQ.
                                          Dated: July 12, 2021
11  RAYMOND & RAYMOND, ESQS.
    BY: HERBERT B. RAYMOND, ESQ.
12  ATTORNEYS FOR ANGELA COMISA
13
14
    /S/ CARLOS D. MARTINEZ, ESQ.
15                                        Dated: July 12, 2021
    SCURA, WIGFIELD, HEYER, ET. AL.
16  BY: CARLOS MARTINEZ, ESQ.
    ATTORNEYS FOR THE DEBTOR
17
18
```