UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.,
Jeffrey M. Raymond, Esq., Kevin
DeLyon, Esq., Attorneys for
Angela Comisa, Tax Lien Holder

Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN V. CARVALHO
LILIANA F. CARVALHO, DEBTOR(S)

Case No.: 18-33493 CMG

Adv. No.:

Hearing Date: 7/27/21 @ 10:00 A.M.

Judge: CHRISTINE M. GRAVELLE

CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED BY CONSENT**:.

DATED: July 27, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: John V. Carvalho
        Liliana F. Carvalho, Debtor(s)
Case no.: 18-33493 CMG
Caption of order: Consent Order Vacating Automatic Stay

---

Upon the Motion of Angela Comisa, Tax Lien Holder, through her Counsel Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., appearing, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

Real Property more fully described as:
9 Myrtle Avenue, Jersey City, New Jersey -- the "Property".

Personal Property more fully described as: (Not Applicable)

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendant(s) in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

Page 3

Debtor: John V. Carvalho

       Liliana F. Carvalho, Debtor(s)

Case no.: 18-33493 CMG

Caption of order: Consent Order Vacating Automatic Stay

---

I Consent to the Form
and Entry of This Order

/S/ HERBERT B. RAYMOND, ESQ.      Dated: July 12, 2021

RAYMOND & RAYMOND, ESQS.
BY: HERBERT B. RAYMOND, ESQ.
ATTORNEYS FOR ANGELA COMISA

/S/ CARLOS D. MARTINEZ, ESQ.      Dated: July 12, 2021

SCURA, WIGFIELD, HEYER, ET. AL.
BY: CARLOS MARTINEZ, ESQ.
ATTORNEYS FOR THE DEBTOR

United States Bankruptcy Court

District of New Jersey

In re:  
John V. Carvalho  
Liliana F. Carvalho  
    Debtors

Case No. 18-33493-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jul 29, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John V. Carvalho, Liliana F. Carvalho, 245 High Tor Drive, Watchung, NJ 07069-5435 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

**Name**     **Email Address**

Bunce Atkinson  
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com  
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Carlos D Martinez  
    on behalf of Joint Debtor Liliana F. Carvalho cmartinez@scura.com  
    ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;sduarte@scura.com;eflaim@scura.com

Carlos D Martinez  
    on behalf of Debtor John V. Carvalho cmartinez@scura.com  
    ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;sduarte@scura.com;eflaim@scura.com

David L. Stevens  
    on behalf of Accountant Kotulak & Company P.C. dstevens@scura.com,  
    ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.

Case 18-33493-CMG    Doc 152    Filed 07/31/21    Entered 08/01/21 00:11:14    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura

David L. Stevens
on behalf of Joint Debtor Liliana F. Carvalho dstevens@scura.com
ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura

David L. Stevens
on behalf of Debtor John V. Carvalho dstevens@scura.com
ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura

Denise E. Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Interested Party Angela Raymond herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John J. Scura, III
on behalf of Debtor John V. Carvalho jscura@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

John J. Scura, III
on behalf of Joint Debtor Liliana F. Carvalho jscura@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Maria Cozzini
on behalf of Creditor Trinity Financial Services  LLC mcozzini@sternlav.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14