UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
Email: dstevens@scura.com

In Re:

John Carvalho & Liliana Carvalho

Case No.:  18-33493

Chapter:  11

Judge:  Christine M. G

## CHAPTER 11 INDIVIDUAL DEBTOR'S CERTIFICATION
## OF COMPLETION OF PLAN PAYMENTS AND NOTICE TO CREDITORS

The undersigned, _____John Carvalho & Liliana Carvalho_____, debtor(s) in the above captioned case, certifies that I/we have completed all payments required by the plan confirmed in this case on _____May 19, 2020_____.

I acknowledge that if U.S.C. 11 §1141(d)(3) applies in this case, to receive a discharge I must attend a debtor education course and file with the Clerk of the Bankruptcy Court a *Certification About a Financial Management Course*.

I certify under penalty of perjury that the forgoing is true and that I have served a copy of this Certification on all creditors in this case.

### NOTICE TO CREDITORS

Creditors are hereby notified that if they do not believe all payments due under the plan have been made, they may file an objection to the issuance of the debtor's discharge based on the debtor's failure to complete plan payments. The objection must be filed with the Clerk and a copy served on the debtor and debtor's attorney 7 days prior to the hearing date set forth below.

If you file an objection, you or your attorney must appear at a hearing that will be held before the Honorable Christine M. Gravelle on December 9, 2025 at 10:00 a.m. at the United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608, Courtroom number 3 *[hearing date must be set for at least 21 days from the date of this Certification]*.

If an objection to the issuance of the debtor's discharge based on failure to complete plan payments is not received by the Clerk, the Court will enter the debtor's discharge on or after the hearing date set forth above.

Date: 11/10/2025

/s/ John Carvalho
Signature of Debtor

Date: 11/10/2025

/s/ Liliana Carvalho
Signature of Joint Debtor

*rev.11/18/16*