UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____       _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

## Certified

Wells Fargo Bank
Attn: President / C.E.O. / Officer of Institution
PO Box 29482
Phoenix, A   85038

Wells Fargo Bank
Attn: President / C.E.O. / Officer of Institution
PO Box 14517
Des Moines, IA 50306

Wells Fargo Hm Mortgage
Attn: President / C.E.O. / Officer of Institution
8480 Stagecoach Circle
Frederick, MD 21701

## Regular Mail

Toyota Motor Credit Corporation
Attn: President / C.E.O. / Reg. Agent
PO Box 9013
Addison, TX 75001

Lighthouse Mortgage Service Co.
Attn: President / C.E.O. / Reg. Agent
1 Fariway Plaza Ste. 206
Huntingdon Valley, PA 19006

Angela Comisa
8 Douglas Drive
Holmdel, NJ 07733

Anthony Sanchez Nunez
c/o Sander Budankitsky, LLC
520 W. 1st Ave.
Roselle, NJ 07203

ARCHER ATTORNEY AT LAW
One Centennial Square
33 East Euclid Avenue
Haddonfield, NJ 08033

Ashley Carvalho
245 High Tor Ave.
Watchung, NJ 07069

Asset Acceptance, LLC
Attn: President / C.E.O. / Reg. Agent
PO Box 2036
Warren, MI 48090-2036

Atkinson & DeBartolo, PC
Attn: President / C.E.O. / Reg. Agent
PO Box 8415
Red Bank, NJ 07701

Becket and Lee, LLP
Attn: President / C.E.O. / Reg. Agent
PO Box 3001
Malvern, PA 19355

Budd Built in Vacuum Cleaners
Attn: President / C.E.O. / Reg. Agent
445 West Main Street
Wyckoff, NJ 07481

## Regular Mail

PYOD, LLC
c/o Resurgent Capital Services
Attn: President / C.E.O. / Reg. Agent
PO Box 19008
Greenville, SC 29602

CitiMortgage, Inc.
Attn: President / C.E.O. / Reg. Agent
PO Box 6243
Sioux Falls, SD 57117

Carnegie Mortgage, LLC
Attn: President / C.E.O. / Reg. Agent
2297 Highway 33
Trenton, NJ 08690

FV-1 Inc. in Trust for Morgan Stanley
c/o Specialized Loan Servicing, LLC
Attn: President / C.E.O. / Reg. Agent
8742 Lucent Blvd.   300
Littleton, CO 80129

Gateway Funding Diversified Mortgage
Attn: President / C.E.O. / Reg. Agent
300 Welsh Rd.
Horsham, PA 19044

Lexus Financial Service
Attn: President / C.E.O. / Reg. Agent
5005 North River Blvd, NE
Cedar Rapids, IA 52410

Mr. Cooper
Attn: President / C.E.O. / Reg. Agent
8950 Cypress Waters Blvd.
Coppell, TX 75019

Selene Finance
Attn: President / C.E.O. / Reg. Agent
9990 Richmond Ave., Suite 400 South
Houston, TX 77042

Toyota Financial Services
Attn: President / C.E.O. / Reg. Agent
PO Box 4102
Carol Stream, IL 60197

Rushmore Loan Management Services
Attn: President / C.E.O. / Reg. Agent
PO Box 55004
Irvine, CA 92619

Trinity Financial Services, LLC
Attn: President / C.E.O. / Reg. Agent
2618 San Miguel Dr., Ste. 303
Newport Beach, CA 92660

NationStar Mortgage, LLC
Attn: President / C.E.O. / Reg. Agent
350 Highland Drive
Lewisville, TX 75067

Joseph L. Windman
Law Office of Joseph I. Windman
4400 Route 9 South, Suite 3000
Freehold, NJ 07728

**Regular Mail**

Bureau of Accounts Control
Attn: President / C.E.O. / Reg. Agent
PO Box 538
Howell, NJ 07731-0538

Cach, LLC
Attn: President / C.E.O. / Reg. Agent
PO Box 10587
Greenville, SC 29603

Carlos F. Correia
317 Manor Ave.
Cranford, NJ 07016

Dell Investments LLC
Attn: President / C.E.O. / Reg. Agent
92 Bell Street
Orange, NJ 07050

Fidelity National Title Ins. Co.
Attn: President / C.E.O. / Reg. Agent
602 Riverside Ave.
Jacksonville, FL 32204

Denise Carlon Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

Howard D. Lipstein, Esq.
535 Morris Avenue
Springfield, NJ 0708

IRS
Attn: Authorized Officer or Chief
Executive Officer
PO Box 7346
Philadelphia, PA 19101

Jerrold S. Kulback, Esquire
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

Maria Cozzini
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068

NJ Division of Taxation
Attn:  Authorized Officer or Chief
Executive Officer
50 Barrack Street, 9th floor
PO Box 245
Trenton, NJ 08695

Capital One Bank
c/o American InfoSource
Attn: President / C.E.O. / Reg. Agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

**Regular Mail**

Silvia Borges
317 Manor Ave
Cranford, NJ 07016

Simon's Agency, Inc.
Attn: Bankruptcy
Attn: President / C.E.O. / Reg. Agent
Po Box 5026
Syracuse, NY 13220

Stephaine Carvalho
245 High Tor Drive
Watchung, NJ 07069

Stuart Baron
Pressler & Pressler, LLP
7 Entin Rd.
Parsippany, NJ 07054

Summit Medical Group
Attn: Business Office Admin
Attn: President / C.E.O. / Reg. Agent
150 Floral Ave.
New Providence, NJ 07974

Summit Sweets, LLC
c/o Maneri Law Firm, LLC
Attn: President / C.E.O. / Reg. Agent
30 Two Bridges Rd., Suite 260
Fairfield, NJ 07004

Systems & Services Technologies/Best Egg
Attn: Bankruptcy
Attn: President / C.E.O. / Reg. Agent
4315 Pickett Road
Saint Joseph, MO 64503

Stern, Lavinthal & Frankenberg, LLC
Attn: Maria Cozzini, Esq.
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490

Verizon
c/o American InfoSource
Attn: President / C.E.O. / Reg. Agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

John and Lilliana Carvalho
245 High Tor Drive
Watchung, NJ 07069

Gateway Funding Diversified Mortgage
c/o Kenneth T. Ulrich, Esq.
Attn: President / C.E.O. / Reg. Agent
3564 Quakerbridge Road
Hamilton, NJ 08619

Bunce Atkinson
Atkinson & DeBartolo
2 Bridge Ave., PO Box 8415
Bldg. 2, 3rd Floor
Red Bank, NJ 07701