**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John V. Carvalho | Social Security number or ITIN    xxx–xx–8721 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Liliana F. Carvalho | Social Security number or ITIN    xxx–xx–4764 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–33493–CMG

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

John V. Carvalho                                Liliana F. Carvalho

12/4/25                                **By the court:** Christine M. Gravelle
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

    **For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-33493-CMG |
| John V. Carvalho | Chapter 11 |
| Liliana F. Carvalho | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 04, 2025 | Form ID: 3180RI | Total Noticed: 96 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John V. Carvalho, Liliana F. Carvalho, 245 High Tor Drive, Watchung, NJ 07069-5435 |
| intp | + | Angela Raymond, Attn: Herbert B. Raymond, Esq., 7 Glenwood Avenue, 4th Floor, East Orange, NJ 07017-1070 |
| acc | + | Kotulak & Company, P.C., 1035 Route 46 East, Clifton, NJ 07013-2430 |
| cr | + | Trinity Financial Services, LLC, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518260125 | + | Angela Comisa, 8 Douglas Drive, Holmdel, NJ 07733-2253 |
| 517894445 | + | Anthony Sanchez-Nunez, Sander Budanitsky LLC, 520 West First Av, Roselle, NJ 07203-1028 |
| 518415616 | | Archer Attorney At Law, One Centennial Square, 33 East Euclid Avenue, Haddonfield, NJ 08033 |
| 517894446 | + | Ashley Carvalho, 245 High Tor Drive, Watchung, NJ 07069-5435 |
| 517894447 | + | Asset Acceptance LLC, Leonard H Franco Jr Esq, 1037 Raymond Blvd 710, Newark, NJ 07102-5423 |
| 518555886 | + | Atkinson & DeBartolo, P.C., P O Box 8415, Red Bank, NJ 07701-8415 |
| 517894449 | + | Budd Built In Vacuum Cleaners, 445 West Main St, Wyckoff, NJ 07481-1499 |
| 517894451 | + | Camden County, Office of the Sheriff, 520 Market St 200, Camden, NJ 08102-1300 |
| 517894453 | + | Carlos F. Correia, 317 Manor Avenue, Cranford, NJ 07016-2033 |
| 518160381 | + | Carnegie Mortgage LLC, Att: Jerrold Kulback, 1 Centeniial Square, Haddonfield, NJ 08033-2454 |
| 517894455 | | Carnegie Mortgage LLC, Archer & Greiner PC, 33 East Euclid Av, Haddonfield, NJ 08033 |
| 517894458 | + | CitiMortgage Inc, Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 517894457 | + | Citigroup Global Markets Realty Corp, Americas Servicing Company, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 517894460 | + | Dell Investments Limited Liability Co, 92 Bell Street, Orange, NJ 07050-1511 |
| 517894463 | + | FV-1 in Trust for Morgan Stanley, Mortgage Capital Holdings LLC, 4708 Mercantile Dr N, Fort Worth, TX 76137-3605 |
| 517894462 | | Fidelity National Title Insurance Co, 602 Riverside Av, Jacksonville, FL 32204 |
| 517894465 | + | Gateway Funding Diversified, Mortgage Services LP, 300 Welsh Rd, Bldg 5, Horsham, PA 19044-2250 |
| 517894467 | + | Gateway Funding Diversified, Mortgage Services LP, Kenneth T. Ulrich Esq, 3564 Quakerbridge Rd, Trenton, NJ 08619-1206 |
| 517894468 | | Gateway Funding Diversified, Mortgage Services LP, Kenneth T. Ulrich Esq, 3584 Quakerbridge Rd, Trenton, NJ 08619 |
| 517894469 | + | Grand Bank, 1 Corporate Dr 360, Lake Zurich, IL 60047-8945 |
| 518260126 | + | Howard D. Lipstein, Esq., 535 Morris Avenue, Springfield, NJ 07081-1038 |
| 517894472 | + | JPMorgan Mortgage Acquisition Corp, 383 Madison Av 8th Floor, New York, NY 10179-0001 |
| 517894471 | + | JPMorgan Mortgage Acquisition Corp, Chase Home Finance LLC, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 518415617 | + | Jerrold S. Kulback, Esquire, Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| 517894474 | + | Land Home Financial Services Inc, PO Box 25164, Santa Ana, CA 92799-5164 |
| 517894477 | | Lighthouse Mortgage Service Co Inc, 1 Fairway Plaza Suite 206, Huntingdon Valley, PA 19006 |
| 517894478 | + | Lighthouse Mortgage Service Company Inc, 2600 Philmont Av 100, Huntingdon Valley, PA 19006-5307 |
| 517894480 | + | Mr. Cooper Home Loans, Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 517894486 | + | Rushmore Loan Management Services LLC, PO Box 514707, Los Angeles, CA 90051-4707 |
| 518415629 | + | Stephanie Carvahlo, 245 High Tor Drive, Watchung, NJ 07069-5435 |
| 517936360 | + | Stephanie Carvalho, 245 High Tor Drive, Watchung NJ 07069-5435 |
| 517894491 | + | Stuart Baron, Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517894492 | + | Summit Medical Group, Simon's Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517894493 | + | Summit Sweets LLC, Clemente Mueller PA, 222 Ridgedale Av, Cedar Knolls, NJ 07927-2110 |
| 518104379 | + | Summit Sweets, L.L.C., Maneri Law FIRM LLC, 30 Two Bridges Road, Suite 260, Fairfield, NJ 07004-1558 |

TOTAL: 39

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 3180RI | Total Noticed: 96 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: IRS.COM | Dec 05 2025 01:32:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517894444 | + Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 20:57:48 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518415620 | + Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 20:57:44 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518070190 | Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 21:20:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517894461 | EDI: BANKAMER | Dec 05 2025 01:32:00 | FIA Card Services, PO Box 982235, El Paso, TX 79998 |
| 518415632 | + Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 20:56:55 | Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 517894448 | + Email/PDF: MarletteBKNotifications@resurgent.com | Dec 04 2025 20:58:38 | Best Egg/SSt, PO Box 3999, St Joseph, MO 64503-0999 |
| 517967204 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 20:57:52 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518415633 | Email/Text: skeller@crossriver.com | Dec 04 2025 20:48:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 518415622 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 20:57:52 | Cach, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517894452 | + EDI: CAPITALONE.COM | Dec 05 2025 01:32:00 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518052406 | + EDI: AIS.COM | Dec 05 2025 01:32:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518415623 | + EDI: AIS.COM | Dec 05 2025 01:32:00 | Capital One Bank, N.A, c/o American InfoSource, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518415624 | + EDI: CITICORP | Dec 05 2025 01:32:00 | Citibank SD, NA, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 518141629 | + EDI: CITICORP | Dec 05 2025 01:32:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518446526 | EDI: CITICORP | Dec 05 2025 01:32:00 | Citibank, N.A., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 517894459 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2025 20:56:39 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517894479 | EDI: CITICORP | Dec 05 2025 01:32:00 | Macy's/DSNB, Department Stores National Bank, PO Box 9001094, Louisville, KY 40290 |
| 518143678 | EDI: Q3G.COM | Dec 05 2025 01:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517894464 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 04 2025 20:48:00 | FV-1 Inc in Trust for Morgan Stanley, Mortgage Capital Holdings LLC, Specialized Loan Servicing LLC, 8742 Lucent Blvd #300, Littleton, CO 80129 |
| 518144920 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recipient ID | Delivery | Date/Time | Party |
|---|---|---|---|
| | | Dec 04 2025 20:48:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 517894473 | ^ MEBN | | |
| | | Dec 04 2025 20:42:36 | Land Home Financial Services, 3611 South Harbor Blvd 100, Santa Ana, CA 92704-7915 |
| 517894476 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 04 2025 20:48:00 | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517894475 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 04 2025 20:48:00 | Lexus Financial Services, PO Box 371339, Pittsburgh, PA 15250-7339 |
| 518415618 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 04 2025 20:48:00 | NationStar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 517894482 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 04 2025 20:47:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 518415619 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 04 2025 20:47:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 517894483 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 04 2025 20:47:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 518415627 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 04 2025 20:56:46 | PYOD, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518040358 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 04 2025 20:56:43 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518522061 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 04 2025 20:56:51 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517894484 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 04 2025 20:48:00 | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 517894485 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 04 2025 20:48:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 518077916 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | Dec 04 2025 20:57:52 | SST as servicing agent for Best Egg, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 518415625 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Dec 04 2025 20:47:00 | NJ Division of Taxation, 50 Barrack Street, 9th floor, PO Box 245, Trenton, NJ 08695 |
| 517894481 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Dec 04 2025 20:47:00 | NJ Division of Taxation, PO Box 1018, Moorestown, NJ 08057 |
| 517894490 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Dec 04 2025 20:47:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517894487 | + Email/Text: bkteam@selenefinance.com | | |
| | | Dec 04 2025 20:48:00 | Selene Finance, CP-SRMOF II 2012-A Trust, 9990 Richmond Av 408 South, Houston, TX 77042-4559 |
| 518415628 | + Email/Text: clientservices@simonsagency.com | | |
| | | Dec 04 2025 20:49:00 | Simon's Agency, Inc, Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 517894488 | + Email/Text: clientservices@simonsagency.com | | |
| | | Dec 04 2025 20:49:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517894489 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 04 2025 20:48:00 | Specialized Loan Servicing LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 518415630 | ^ MEBN | | |
| | | Dec 04 2025 20:41:57 | Systems & Services, Technologies/Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 517894494 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 04 2025 20:48:00 | Toyota Financial Services, PO Box 17187, Baltimore, MD 21297-0511 |
| 518341350 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Dec 04 2025 20:48:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518815713 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Dec 04 2025 20:56:42 | Toyota Lease Trust, c/o Becket and Lee LLP, PO |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 3180RI | Total Noticed: 96 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 517894495 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 04 2025 20:48:00 | Toyota Motor Credit Co, PO Box 17187, Baltimore, MD 21297-0511 |
| 518451487 | + | Email/Text: bankruptcy@trinityfs.com | Dec 04 2025 20:49:00 | Trinity Financial Services, LLC, 2618 San Miguel Drive, Suite 303, Newport Beach, CA 92660-5437 |
| 518045091 | + | EDI: AIS.COM | Dec 05 2025 01:32:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518415631 | + | EDI: AIS.COM | Dec 05 2025 01:32:00 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518415615 | | EDI: WFFC | Dec 05 2025 01:32:00 | Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517894497 | + | EDI: WFFC | Dec 05 2025 01:32:00 | Wells Fargo Bank, PO Box 5169, Sioux Falls, SD 57117-5169 |
| 517894496 | + | EDI: WFCCSBK | Dec 05 2025 01:32:00 | Wells Fargo Bank, PO Box 29482, Phoenix, AZ 85038-9482 |
| 517894499 | + | EDI: WFHOME | Dec 05 2025 01:32:00 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 517894498 | + | EDI: WFFC | Dec 05 2025 01:32:00 | Wells Fargo Bank, PO Box 14529, Des Moines, IA 50306-3529 |
| 518508269 | + | EDI: WFHOME | Dec 05 2025 01:32:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Land Home Financial Services, Inc., P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 518415621 | *+ | Angela Comisa, 8 Douglas Drive, Holmdel, NJ 07733-2253 |
| 517894454 | *+ | Carlos F. Correia, 317 Manor Av, Cranford, NJ 07016-2033 |
| 517894466 | *+ | Gateway Funding Diversified, Mortgage Services LP, 300 Welsh Rd, Bldg 5, Horsham, PA 19044-2250 |
| 518415634 | *+ | Howard D. Lipstein, Esq., 535 Morris Avenue, Springfield, NJ 07081-1038 |
| 517894470 | *+ | Internal Revenue Service, Special Procedures Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518415626 | *+ | Stuart Baron, Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 517894450 | ##+ | Bureau of Accounts, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 517894456 | ##+ | Carnegie Mortgage LLC, 2297 Route 33, Hamilton, NJ 08690-1717 |

TOTAL: 0 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2025    Signature:    /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 3180RI | Total Noticed: 96 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Carlos D Martinez | on behalf of Joint Debtor Liliana F. Carvalho carlos@martinezlegal.co ray@martinezlegal.co,heidy@martinezlegal.co |
| Carlos D Martinez | on behalf of Debtor John V. Carvalho carlos@martinezlegal.co ray@martinezlegal.co,heidy@martinezlegal.co |
| David L. Stevens | on behalf of Joint Debtor Liliana F. Carvalho dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| David L. Stevens | on behalf of Debtor John V. Carvalho dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| David L. Stevens | on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Interested Party Angela Raymond herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John J. Scura, III | on behalf of Joint Debtor Liliana F. Carvalho jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| John J. Scura, III | on behalf of Debtor John V. Carvalho jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Maria Cozzini | on behalf of Creditor Trinity Financial Services  LLC mcozzini@sternlav.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14